IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| ARTHUR TAYLOR, Register No. 1041889, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07-4212-CV-C-SOW |
| ) | |
| DAVE DORMIRE, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On April 22, 2008, United States Magistrate Judge William A. Knox recommended that plaintiff's motion for default judgment be denied. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of April 22, 2008, is adopted. [14] It is further

ORDERED that plaintiff's motion for default judgment is denied. [11]

/s/Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

Dated: May 16, 2008