IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

ARTHUR TAYLOR, Register No. 1041889, )
)
          Plaintiff, )
)
          v. )    No. 07-4212-CV-C-SOW
)
DAVE DORMIRE, et al., )
)
          Defendants. )

## ORDER

On June 25, 2008, United States Magistrate Judge William A. Knox recommended dismissing plaintiff's claims against defendant Sgt. Maples. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of June 25, 2008, is adopted. [19] It is further

ORDERED that plaintiff's claims against defendant Sgt. Maples are dismissed, pursuant to Fed. R. Civ. P. 4(m).

                                      /s/Scott O. Wright
                                      SCOTT O. WRIGHT
                                      Senior United States District Judge

Dated: July 30, 2008