# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| ARTHUR TAYLOR, | ) |
|       Plaintiff, | ) |
| | ) |
| v. | ) No. 07-4212-CV-C-FJG |
| | ) |
| DAVE DORMIRE, et al., | ) |
|       Defendants. | ) |

# ORDER

Pending before the Court is plaintiff's motion for judgment as a matter of law, or, in the alternative, motion for new trial (Doc. No. 197). In support of his motion for judgment as a matter of law, plaintiff argues that undisputed evidence established he was subjected to excessive force. In support of his motion for new trial, plaintiff argues (1) the Court erred in refusing plaintiff's instructions citing RSMo § 217.240; (2) the Court erred in granting defendant Friesen's motion for judgment as a matter of law; (3) the Court erred in striking certain jurors for cause; (4) defendants violated the Court's Order in Limine when they testified concerning impermissible topics; and (5) the Court erred in submitting Instruction Nos. 9 and 10.

After reviewing the plaintiff's motion, defendants' response, and the record in this matter, the Court finds that plaintiff's motion (Doc. No. 197) should be **DENIED** for the reasons given in the government's response (Doc. No. 198).

**IT IS SO ORDERED.**

Date: 12/20/2010                                               **S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri                                  Fernando J. Gaitan, Jr.
                                                                     Chief United States District Judge